JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MICHAEL MOONEYHAM,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW C. KRAMER, warden,<br><br>　　　　　　Respondent. | Case No. 07-7683 SVW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT this action is dismissed without prejudice for the reasons stated in the related Order.

DATED: Feb 11, 2008

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE